ALEXANDER G. CALFO (SBN 152891)
 ACalfo@yukelaw.com
KELLEY S. OLAH (SBN 245180)
 KOlah@yukelaw.com
YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, CA  90071-1560
Telephone:    (213) 362-7777
Facsimile:    (213) 362-7788

Attorneys for DEPUY ORTHOPAEDICS, INC.,
JOHNSON & JOHNSON SERVICES, INC., and
JOHNSON & JOHNSON (Erroneously sued as
JOHNSON & JOHNSON, INC.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TYEISHA WOOTEN,<br><br>    Plaintiff,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON, INC.; THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION; THOMAS P. SCHMALZRIED, M.D., and DOES 1 through 20, inclusive.,<br><br>    Defendants. | CASE NO. C 11-01787 SBA<br><br>[PROPOSED] ORDER RE: STIPULATION TO STAY PROCEEDINGS<br><br>*Assigned to Hon. Saundra Brown Armstrong*<br><br>Action Filed:      March 21, 2011<br>Trial Date:        None Set |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff TYEISHA WOOTEN and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., and JOHNSON & JOHNSON (Erroneously sued as JOHNSON & JOHNSON, INC.) (Hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

/ / /

/ / /

554904.1 / 25-060

1.      The Parties' request for a stay of proceedings is GRANTED;

2.      All proceedings in this action are hereby stayed, pending transfer to the Pinnacle Cup System MDL proceeding.

IT IS SO ORDERED.

Dated:   6/1  , 2011

                        Sandra Brown Armstrong
                        United States District Judge

Respectfully submitted,

DATED: June 1, 2011            YUKEVICH CALFO & CAVANAUGH


By:  */s/ Alexander G. Calfo*
      Alexander G. Calfo
      Kelley S. Olah
      Attorneys for DEPUY ORTHOPAEDICS, INC.,
      JOHNSON & JOHNSON SERVICES, INC., and
      JOHNSON & JOHNSON (Erroneously sued as
      JOHNSON & JOHNSON, INC.)

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

554904.1 / 25-060

2

[PROPOSED] ORDER RE: STIPULATION TO STAY PROCEEDINGS

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, California 90071-1560.

On June 1, 2011, I served true copies of the following document(s) described as **[PROPOSED] ORDER RE: STIPULATION TO STAY PROCEEDINGS** on the interested parties in this action as follows:

Steven J. Skikos, Esq.　　　　　　　　　Attorneys for Plaintiffs
Adriana Suarez Desmond, Esq.
Piper L. Morrison, Esq.　　　　　　　　T:　(415) 546-7300
SKIKOS, CRAWFORD, SKIKOS,　　　　F:　(415) 546-7301
JOSEPH & MILLICAN
625 Market Street, 11th Floor　　　　　　sskikos@skikoscrawford.com
San Francisco, CA 94105　　　　　　　 asuarez@skikoscrawford.com
　　　　　　　　　　　　　　　　　　　pmorrison@skikoscrawford.com

**BY CM/ECF** for parties that are CM/ECF participants. Service is being made electronically on those parties on the attached list that are registered users of the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 1, 2011, at Los Angeles, California.

_____
Deanna Castellanos

554904.1 / 25-060

[PROPOSED] ORDER RE: STIPULATION TO STAY PROCEEDINGS